IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEANGELO HORN,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3744

Opinion filed September 9, 2014.

Petition Alleging Ineffective Assistance of Appellate Counsel -- Original Jurisdiction.

DeAngelo Horn, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition alleging ineffective assistance of appellate counsel is denied on the merits.

WOLF, RAY, and OSTERHAUS, JJ., CONCUR.